

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Plantation Pipe Line Company,                    * From the 261st District
                                                   Court of Travis County,
                                                   Trial Court No. D-1-GN-10-004057.

Vs. No. 11-12-00029-CV                           * August 29, 2014

Highlands Insurance Company,                     * Opinion by Willson, J.
in Receivership,                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Highlands Insurance Company, in Receivership.